In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00411-CR
_____


RONALD DAVID HEBERT JR. A/K/A RONALD HEBERT, Appellant

V.

THE STATE OF TEXAS, Appellee

_____

On Appeal from the 252nd District Court
Jefferson County, Texas
Trial Cause No. 12-14180

_____

MEMORANDUM OPINION

Ronald David Hebert Jr. a/k/a Ronald Hebert has filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by the appellant personally and joined by counsel of record. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Opinion Delivered January 22, 2014
Do Not Publish

Before Kreger, Horton, and Johnson, JJ.